**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                            CASE NO: 8:14-cr-477-T-36AEP

**LUIS ALBERTO GARCIA-GONZALEZ**

_____

**FINAL REVOCATION HEARING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 261), entered May 8, 2019, to which there has been no objection and the 14 day objection period has expired, the Report and Recommendation on Violation of Supervised Release of the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for May 30, 2019 at 9:30 AM before the undersigned and it will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 29th day of May 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services